1  H. Douglas Galt, State Bar No. 100756
   **WOOLLS & PEER**
2  A Professional Corporation
   One Wilshire Boulevard, 22nd Floor
3  Los Angeles, California 90017
   Telephone:  (213) 629-1600
4  Facsimile:  (213) 629-1660

5  Attorneys for Plaintiff
   EDWARD KOLPIN, M.D., QUI TAM PLAINTIFF, ON
6  BEHALF OF HIMSELF AND THE UNITED STATES OF
   AMERICA, THE STATE OF CALIFORNIA and THE
7  COUNTY OF LOS ANGELES

8                  UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 EDWARD KOLPIN, Qui Tam Plaintiff,    )  Case No. CV04-1060 SVW (PLAx)
   on behalf of himself and the United   )
12 States of America, the State of       )
   California and the County of Los      )  **NOTICE OF DISMISSAL OF**
13 Angeles,                              )  **COMPLAINT WITHOUT**
                                         )  **PREJUDICE**
14            Plaintiff,                 )
                                         )  [TO BE FILED UNDER SEAL]
15       vs.                             )
                                         )
16 WILLIAM T. LONG, M.D., JAMES K.       )
   BRANNON, M.D.,                        )
17                                       )
              Defendants.                )
18 _____)

19       Notice is hereby given that pursuant to Federal Rules of Civil Procedure Rule

20 41(a), Qui Tam Plaintiff Edward Kolpin, D.O., dismisses the above-captioned action

21 without prejudice.

22

23 DATED: January 12, 2006          WOOLLS & PEER
                                    A Professional Corporation
24                                  H. Douglas Galt

25

26

27                                  H. Douglas Galt, Esq.
                                    Attorneys for Plaintiff
28                                  EDWARD KOLPIN, M.D., QUI TAM
                                    PLAINTIFF

FILED
CLERK. U.S. DISTRICT COURT
JAN 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

DOCKETED ON CM
JAN 17 2006

                                    1
                                               Case No  cv-04-1060 SVW (PLAx)
                                                       NOTICE OF DISMISSAL

35661 1

**PROOF OF SERVICE**
**Edward Kolpin, et al. v. Wiliam T. Long, M.D., et al.**
**Case No.: CV04-1060SVW PLAx**

I, Shahnaz Zavosh, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Woolls & Peer, A Professional Corporation, One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017. On January 12, 2006, I served the document(s) described as **NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** on the interested parties in this action as follows:

☒ By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒   BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017.

☐   OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS ☐ UPS ☐ Overnight Delivery [specify name of service:      ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:      ] authorized to receive documents at One Wilshire Boulevard, 22nd Floor, Los Angeles, California 90017 with delivery fees fully provided for.

☐   BY FACSIMILE: I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐   [State]       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   [Federal]       I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2006, at Los Angeles, California.

Shahnaz Zavosh

**SERVICE LIST**

1

2  Bill Lockyer, Attorney General                    Attorneys for State of California

3  Brian V. Frankel,
   Supervising Deputy Attorney General
4  Adelina O. Berumen, Deputy Attorney General
   110 West "A" Street, Suite 1100
5  San Diego, CA  92101
   P. O. Box 85266
6  San Diego, CA  92186-5266
   Telephone:     (619) 688-6753
7  Facsimile:     (619) 688-4200

8

9  Debra Wong Yang, United States Attorney           Attorneys for United States of America
   Leon W. Weidman, Asst. United States Attorney
   Garry Plessman, Asst. United State Attorney
10 Susan R. Hershman, Asst. United State Attorney
   Hong S. Dea, Asst. United State Attorney
11 Room 7516, Federal Building
   300 North Los Angeles Street
12 Los Angeles, CA  90012
   Telephone:     (213) 894-2450
13 Facsimile:     (213) 894-7819

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

320271